# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

THOMAS L. REAGAN,          )
                                   )
        Plaintiff,          )
                                   )     **No. 2:10-cv-0017**
                                   )     **Judge Sharp**
        v.                  )
                                   )
REGINA DIXON, et al.,           )
                                   )
        Defendants.     )

## <u>ORDER</u>

On December 1, 2011, the Magistrate Judge entered a Report and Recommendation (Docket Entry No. 26), recommending that this action be dismissed with prejudice because Plaintiff failed to comply with specific directives from the Court's October 3, 2011 Order (Docket Entry No. 23) to return service packets to the Court and did not otherwise contact the Court in response to the Order. Despite being specifically advised in the Report and Recommendation that any objections to the recommended disposition needed to be filed within fourteen days, Plaintiff filed no objections.

Having conducted a *de novo* review of the matter in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommendations. Accordingly,

(1) The Report and Recommendation (Docket Entry No. 26) is hereby ACCEPTED and APPROVED; and

(2) Pursuant to Rule 16(f)(1) and Rule 41(b) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITH PREJUDICE because Plaintiff did not comply with the specific directives of the Court's Order, or otherwise contact the Court.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE